UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTELLE KEVETT CARROLL,

                Plaintiff,

        -v.-

TRANSUNION CONSUMER SOLUTIONS,

               Defendant.

25 Civ. 4977 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      The Court is in receipt of Defendant Trans Union's answer (Dkt. #28) to Plaintiff Ms. Carroll's amended complaint (Dkt. #23). The parties are directed to meet and confer regarding a plan for the mutual exchange of discovery and to submit a proposed Case Management Plan on or before **November 3, 2025**. If at any time the parties would like to be referred to the Magistrate Judge in this case for a settlement conference or to the Court's Mediation Program, they may file a joint request on the docket.

      SO ORDERED.

Dated:   October 20, 2025
         New York, New York

                                          _____
                                        KATHERINE POLK FAILLA
                                    United States District Judge